UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:26-cv-02558-PD                              Date: July 6, 2026

Title    *Jesus Garcia v. Terry Lee, et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                    N/A

**Proceedings (In Chambers):**        **Order to Show Cause Why Defendant Terry Lee d/b/a Damus Market Should Not be Dismissed for Failure to File a Proof of Service**

On March 10, 2026, Jesus Garcia ("Plaintiff") filed a complaint against Defendants Terry Lee d/b/a Damus Market and YMW Investments, Inc. (collectively, "Defendants").  Dkt. No. 1.  On March 11, 2026, the Clerk issued a summons for Defendants.  Dkt. No. 6.

On May 6, 2026, Plaintiff filed a proof of service of the summons, complaint, and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment") on Defendant YMW Investments, Inc.  Dkt. No. 7.

On May 6, 2026, Plaintiff filed a First Amended Complaint ("FAC") against the same Defendants.  Dkt. No. 8.  On May 8, 2026, the Clerk issued a summons for Defendants.  Dkt. No. 10.

Plaintiff has not filed a proof of service of the summons, FAC, and Notice of Assignment, Dkt. No. 5, on Defendant Terry Lee d/b/a Damus Market.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-02558-PD                                    Date: July 6, 2026

Title   *Jesus Garcia v. Terry Lee, et al.*

More than ninety days have passed since Plaintiff filed the complaint, which named Terry Lee d/b/a Damus Market as a defendant.  Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, by **July 17, 2026**, why proper service was not timely made on Defendant Terry Lee d/b/a Damus Market, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution.  Failure to timely file a written response to this Order may result in dismissal of this action against Terry Lee d/b/a Damus Market for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a proof of service that complies with the applicable rules.

**IT IS SO ORDERED**.